

APPEAL FEE PAID
RCPT # 4590
2:00cv325
BAILEY, DEMETRIUS